**FIRST BAPTIST CHURCH OF ELLIS-VILLE, Plaintiff/Respondent,**

v.

**Orpha and Lester REAGAN, Victoria and Curtis Hookland, David and Nancy Walt, Gerald and Cameron Aulgur, Thomas and Willa Farrar, Joyce Woods, Ernest and Regina Cole, Donaldson Howard, Robert and Janet Heida, Dennis and Mary Ann Connor, Defendants/Appellants.**

**No. ED 85160.**

Missouri Court of Appeals, Eastern District, Division One.

March 7, 2006.

Shulamith Simon, St. Louis, MO, for Appellant.

Frank J. Vatterott; Michael J. Beckermann, John C. Grellner, Maryland Heights, MO, for Respondent.

Before MARY K. HOFF, P.J. and CLIFFORD H. AHRENS, J. and PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Orpha and Lester Reagan, Victoria and Curtis Hookland, Nancy and David Walt, Cameron and Gerald Aulgur, Willa and Thomas Farrar, Joyce Woods, Regina and Ernest Cole, Donaldson Howard, Janet and Robert Heida, and Mary Ann and Dennis Connor (collectively referred to as Homeowners) appeal from the trial court's judgment in favor of First Baptist Church of Ellisville (Church) granting Church's request for a declaratory judgment and permanent injunction and dismissing Homeowners' counterclaim with prejudice. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our decision. Judgment affirmed in accordance with 84.16(b).